

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00171-CV

| | | |
|---|---|---|
| The Town of Annetta South, Texas; Gerhard Kleinschmidt; James Ablowich; Phillip Kuntz; and David Goolsby | § | From the 415th District Court |
| | § | of Parker County (CV11-0220) |
| | § | September 25, 2014 |
| v. | § | Opinion by Justice Walker |
| Seadrift Development, L.P. | § | Dissent by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants The Town of Annetta South, Texas; Gerhard Kleinschmidt; James Ablowich; Phillip Kuntz; and David Goolsby shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Sue Walker_____
Justice Sue Walker